# DAVIS *v.* DAVIS.

DIVORCE; APPEAL; SUFFICIENCY OF EVIDENCE.

A decree in an action in which both parties pray for an absolute divorce on the ground of adultery, which exonerates each of them of such charge, but grants a divorce from bed and board to the wife on the ground of desertion, gives her the custody of an infant child, and awards her a specified sum for the support of herself and child, will not be disturbed on appeal, when an examination of the record leads to the conclusion that the solution of the case reached by the trial justice is equitable.

No. 3179.   Submitted January 10, 1919.   Decided February 3, 1919.

HEARING on an appeal by the defendant from a decree of the Supreme Court of the District of Columbia, sitting as an

equity court, denying the prayer of a cross bill and granting the plaintiff a divorce *a mensa et thoro*.                *Affirmed.*

The facts are stated in the opinion.

*Mr. Daniel Thew Wright* and *Mr. T. Morris Wampler* for the appellant.

*Mr. Thos. W. O'Brien* for the appellee.

Mr. Justice VAN ORSDEL delivered the opinion of the Court:

This is an action for divorce. Appellee, Blanche L. Davis, plaintiff below, in her bill charged defendant, Jacob Henry Davis, with adultery, and prayed an absolute divorce. Defendant answered, denying the charge, and, by way of cross bill, charged plaintiff with adultery and prayed an absolute divorce. The charge was of course denied by plaintiff.

A decree was entered exonerating each of the parties of the charge of adultery; but, on the ground of desertion, plaintiff was granted a divorce from bed and board, given the custody of the infant child, Albert Davis, and awarded $40 per month for the support of herself and child. From so much of the decree as is adverse to defendant, he appeals.

The evidence on both sides is such that a *résumé* of it here would be neither beneficial nor wholesome. A careful examination of the record leads to the conclusion that the solution reached by the trial justice is equitable, at least, and should not be disturbed.

The decree is affirmed, with costs.                *Affirmed.*